| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Perry J. Viscounty (Bar No. 132143) |
| 2 | *perry.viscounty@lw.com* |
| | 140 Scott Drive |
| 3 | Menlo Park, California 94025 |
| | (650) 328-4600 / (650) 463-2600 Fax |
| 4 | |
| | LATHAM & WATKINS LLP |
| 5 | Jennifer L. Barry (Bar No. 228066) |
| | *jennifer.barry@lw.com* |
| 6 | Patrick C. Justman (Bar No. 281324) |
| | *patrick.justman@lw.com* |
| 7 | 12670 High Bluff Drive |
| | San Diego, California 92130 |
| 8 | (858) 523-5400 / (858) 523-5450 Fax |
| 9 | Attorneys for Plaintiff |
| | ENTREPRENEUR MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | **Civil L.R. 3-15** |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

OC\1945775.1

Case No. 3:15-cv-01415
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 27, 2015

LATHAM & WATKINS LLP

By /s/ Jennifer L. Barry
   Perry J. Viscounty
   Jennifer L. Barry

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

OC\1945775.1

1

Case No. 3:15-cv-01415
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS