1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2     *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
      *jennifer.barry@lw.com*
6  Patrick C. Justman (Bar No. 281324)
      *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| 14 | ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415 |
|---|---|---|
| 15 16 | Plaintiff, | **ENTREPRENEUR MEDIA, INC.'S DISCLOSURE STATEMENT** |
| 17 | v. | |
| 18 19 20 | KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | **Fed. R. Civ. P. 7.1** |
| | Defendants. | |

LATHAM&WATKINS LLP   OC\1945774.1
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415
ENTREPRENEUR MEDIA, INC.'S
DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Entrepreneur Media, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: March 27, 2015        LATHAM & WATKINS LLP

By /s/ Jennifer L. Barry
Perry J. Viscounty
Jennifer L. Barry

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

OC\1945774.1

1

Case No. 3:15-cv-01415
ENTREPRENEUR MEDIA, INC.'S
DISCLOSURE STATEMENT