| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Perry J. Viscounty (Bar No. 132143) |
| 2 | *perry.viscounty@lw.com* |
| | 140 Scott Drive |
| 3 | Menlo Park, California 94025 |
| | (650) 328-4600 / (650) 463-2600 Fax |
| 4 | |
| | LATHAM & WATKINS LLP |
| 5 | Jennifer L. Barry (Bar No. 228066) |
| | *jennifer.barry@lw.com* |
| 6 | Patrick C. Justman (Bar No. 281324) |
| | *patrick.justman@lw.com* |
| 7 | 12670 High Bluff Drive |
| | San Diego, California 92130 |
| 8 | (858) 523-5400 / (858) 523-5450 Fax |
| 9 | Attorneys for Plaintiff |
| | ENTREPRENEUR MEDIA, INC. |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the

3  above-captioned case on behalf of Plaintiff Entrepreneur Media, Inc. and requests that all

4  notices, orders and/or other information in this case be served upon the individual identified

5  below:

> Patrick C. Justman
> LATHAM & WATKINS LLP
> 12670 High Bluff Drive
> San Diego, California  92130
> Telephone:  (858) 523-5400
> Facsimile:  (858) 523-5450
> Email:  *patrick.justman@lw.com*

Dated:  April 2, 2015

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Patrick C. Justman
    Perry J. Viscounty
    Jennifer L. Barry
    Patrick C. Justman

    Attorneys for Plaintiff
    ENTREPRENEUR MEDIA, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

OC\1947618.1

1

Case No. 3:15-cv-01415-MEJ
NOTICE OF APPEARANCE