1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2      *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
       *jennifer.barry*@lw.*com*
6  Patrick C. Justman (Bar No. 281324)
       *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AS TO KIRTON COMMUNICATIONS GROUP LIMITED AND MAS FINANCIAL & CORPORATE SERVICES LTD.** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure ("Rule") 55, Plaintiff Entrepreneur Media, Inc. ("Plaintiff") hereby requests that the Clerk enter default in this matter against Defendants Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd. (collectively, "Defendants").  The Defendants have failed to file an answer or otherwise respond to Plaintiff's Complaint within the time prescribed by Rule 12(a).  In support of this Request, Plaintiff files concurrently the Declaration of Patrick C. Justman.

On March 27, 2015, Plaintiff filed the Complaint in this action against Defendants. (Dkt. No. 1.)  Defendants were each duly served with the Complaint and all other necessary pleadings, court orders, and scheduling materials on April 14, 2015 pursuant to Fed. R. Civ. P. 4(h) and 4(f)(2)(A), and Trinidad and Tobago's laws for service.  (*See* Dkt. Nos. 10 and 11.) Pursuant to Rule 12(a), Defendants' responses to the Complaint were due on May 5, 2015, and, to date, Defendants have not answered or otherwise responded to the Complaint.

Accordingly, Plaintiff respectfully requests that the Clerk enter a default against Defendants Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd.

Dated:  June 15, 2015

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Patrick C. Justman
　　Perry J. Viscounty
　　Jennifer L. Barry
　　Patrick C. Justman

　　Attorneys for Plaintiff
　　ENTREPRENEUR MEDIA, INC.