1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2    *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
     *jennifer.barry*@lw.*com*
6  Patrick C. Justman (Bar No. 281324)
     *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 | ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
|---|---|
16 | Plaintiff, | **DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AS TO KIRTON COMMUNICATIONS GROUP LIMITED AND MAS FINANCIAL & CORPORATE SERVICES LTD.** |
17 | v. | |
18 | KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | |
19 | | |
20 | | |
21 | Defendants. | |

22

23

24

25

26

27

28

LATHAM&WATKINS LLP  OC\1976879.1
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415-SI
DECLARATION OF PATRICK C. JUSTMAN ISO
REQUEST FOR ENTRY OF DEFAULT

1    I, Patrick C. Justman, declare as follows:

2    1.    I am an associate with the law firm of Latham & Watkins LLP, counsel for

3    Plaintiff Entrepreneur Media Inc. ("Plaintiff") in this action.  I am licensed to practice law in the

4    State of California and admitted before this Court.  The facts set forth below are within my

5    personal knowledge, to which I could and would testify competently if called upon to do so.

6    2.    On March 27, 2015, Plaintiff filed its Complaint against Defendants Kirton

7    Communications Group Limited and MAS Financial & Corporate Services Ltd. (collectively

8    "Defendants").  (Dkt. No. 1).

9    3.    On April 14, 2015, Plaintiff caused the Complaint and all other necessary

10   pleadings, court orders, and scheduling materials to be personally served upon Defendants (*See*

11   Dkt. Nos. 10 and 11).

12   4.    To date, neither of the Defendants have answered or otherwise responded to the

13   Complaint.

14   I declare under penalty of perjury under the laws of the United States and the State of

15   California that the foregoing is true and correct.  This declaration was executed on June 15, 2015

16   in San Diego, California.

17

18   /s/ Patrick C. Justman
     Patrick C. Justman

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP OC\1976879.1

ATTORNEYS AT LAW
SILICON VALLEY

1    Case No. 3:15-cv-01415-SI
DECLARATION OF PATRICK C. JUSTMAN ISO
REQUEST FOR ENTRY OF DEFAULT