**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                         415.522.2000

June 18, 2015

RE:  CV 15-01415 SI          ENTREPRENEUR MEDIA-v- KIRTON COMMUNICATIONS GROUP


Default is entered as to defendants Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd on June 18, 2015.




                                                            RICHARD W. WIEKING, Clerk
                                                                /s/

                                                            by Yumiko Saito
                                                            Case Systems Administrator












NDC TR-4  Rev. 3/89