LATHAM & WATKINS LLP
Perry J. Viscounty (Bar No. 132143)
  *perry.viscounty@lw.com*
140 Scott Drive
Menlo Park, California 94025
(650) 328-4600 / (650) 463-2600 Fax

LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400 / (858) 523-5450 Fax

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:15-cv-01415-SI<br><br>**REQUEST TO MOVE DATE OF CASE MANAGEMENT CONFERENCE** |

LATHAM&WATKINS LLP  OC\1988539
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415-SI
REQUEST TO MOVE DATE OF CASE
MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure ("Rule") 16(b)(4) and Civil L.R. 16-10, Plaintiff Entrepreneur Media, Inc. ("Plaintiff") hereby applies to the Court to move the date of the Case Management Conference ("CMC") from July 17, 2015 to September 18, 2015 or to a date after the Court rules on Plaintiff's soon-to-be filed application for default judgment, if such a conference remains necessary at that time.

Good cause supports moving the CMC because Kirton Communication Group Limited and Mas Financial & Corporate Services LTD (collectively, "Defendants") have failed to respond or participate in this litigation, rendering it impossible for Plaintiff to comply with the Court's Case Management Conference Order and meet and confer with Defendants. *See Monroe v. Steinfeld,* No. C 11-2726 SBA, 2012 WL 115579, at *1 (N.D. Cal. Jan. 12, 2012) (rescheduling a CMC pending resolution of Plaintiff's motion for default judgment); *Oculus Innovative Sciences, Inc. v. Prodinnv, S.A. De C.V.*, No. C 08-4707 MMC, 2010 WL 3504788, at *3 (N.D. Cal. Sept. 8, 2010) (rescheduling a CMC for 60 days later in light of Plaintiff's application for default judgment); *United States v. Approximately $72,000 in U.S. Currency*, No. C 08-1305 JCS, 2009 WL 506866, at *2 (N.D. Cal. Feb. 27, 2009) (continuing a CMC for two months to allow defendants an opportunity to cure default). Despite Defendants' failure to participate, Plaintiff has diligently prosecuted this action, including by (1) filing the Complaint on March 27, 2015; (2) serving Defendants on April 14, 2015; and (3) securing the entry of default by the clerk on June 18, 2015.

Moreover, moving the CMC will prevent the unnecessary expenditure of judicial resources. The clerk of the Court has already entered default against Defendants, and Plaintiff will soon move for default judgment. Holding a CMC in such circumstances would be a "wasteful pretrial activit[y]" that will not "expedit[e]" the action or "facilitat[e] settlement." Rule 16(a); *see also Microsoft Corp. v. Compression Labs Inc.,* No. C 05-01567 WHA, 2005 WL 1566531, at *1 (N.D. Cal. July 5, 2005) (rescheduling a CMC in part because holding the CMC before resolution of a similar case in another court would be an inefficient use of judicial resources).

1  Accordingly, Plaintiff respectfully requests the Court move the date of the CMC to
2  September 18, 2015 or to a date after the Court has ruled on Plaintiff's application for default
3  judgment if necessary.

5  Dated: July 1, 2015                           Respectfully submitted,

6                                                LATHAM & WATKINS LLP

8                                                By /s/ Patrick C. Justman
                                                    Perry J. Viscounty
                                                    Jennifer L. Barry
9                                                   Patrick C. Justman

10                                               Attorneys for Plaintiff
                                                 ENTREPRENEUR MEDIA, INC.

LATHAM&WATKINS<sup>LLP</sup> OC\1988539
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No. 3:15-cv-01415-SI
REQUEST TO MOVE DATE OF CASE
MANAGEMENT CONFERENCE