1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2     *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
      *jennifer.barry@lw.com*
6  Patrick C. Justman (Bar No. 281324)
      *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
|---|---|
| Plaintiff, | **DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF REQUEST TO MOVE DATE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | |
| Defendants. | |

LATHAM&WATKINS^LLP  OC\1988656.1
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415-SI
DECLARATION OF PATRICK C. JUSTMAN
ISO REQUEST TO MOVE CONFERENCE

# DECLARATION OF PATRICK C. JUSTMAN

I, Patrick C. Justman, declare:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Entrepreneur Media, Inc. ("Plaintiff"), and a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would testify competently thereto under oath.

2. On March 27, 2015, Plaintiff filed a Complaint against Defendant Kirton Communications Group Limited and Mas Financial & Corporate Services Ltd. (collectively, "Defendants") for, *inter alia*, trademark infringement and unfair competition.

3. Plaintiff personally served Defendants with the Complaint and all accompanying materials and orders on April 14, 2015. (Docket Nos. 10-11).

4. Defendants failed to respond to the Complaint in a timely manner, and, on June 18, 2015, the clerk of the Court entered default against Defendants. Accordingly, Plaintiff anticipates filing a motion for default judgment against Defendants shortly.

5. A Case Management Conference ("CMC") is currently scheduled in this action for July 17, 2015. Plaintiff has directed its process server to serve the Initial Case Management Conference Order and accompanying materials on Defendants, and is continuing in these efforts.

6. Plaintiff has attempted to meet and confer with Defendants in an effort to reach an agreement about moving the date of the CMC by calling the telephone numbers listed on Defendants' websites. However, Defendants have not responded. Thus, Plaintiff is unaware as to whether Defendants oppose this motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 1st day of July, 2015, in San Diego, California.

                                               /s/ Patrick C. Justman
                                                Patrick C. Justman

LATHAM&WATKINS<sup>LLP</sup> OC\1988656.1
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 3:15-cv-01415-SI
DECLARATION OF PATRICK C. JUSTMAN
ISO REQUEST TO MOVE CONFERENCE