1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:15-cv-01415-SI<br><br>**PROPOSED ORDER FOR REQUEST TO MOVE DATE OF CASE MANAGEMENT CONFERENCE** |

1  **[PROPOSED] ORDER**

2  **FOR GOOD CAUSE SHOWN**, the Case Management Conference in the above

3  captioned action, originally scheduled for July 17, 2015, at 2:30 p.m. before the Honorable Susan

4  Illston in Courtroom No. 10, 19th floor Federal Building, is now rescheduled to September 18,

5  2015, at 2:30 p.m. in the same place and location.  Not less than seven days before the

6  conference, counsel shall file a joint case management statement.  All other provisions of the

7  Court's Initial Case Management Conference Order remain in full force and effect.

9  **IT IS SO ORDERED.**

12  Dated: _____            _____
                                            SUSAN ILLSTON
13                                          United States District Judge