1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:15-cv-01415-SI<br><br>**~~PROPOSED~~ ORDER FOR REQUEST TO MOVE DATE OF CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN**, the Case Management Conference in the above captioned action, originally scheduled for July 17, 2015, at 2:30 p.m. before the Honorable Susan Illston in Courtroom No. 10, 19th floor Federal Building, is now rescheduled to September 18, 2015, at 2:30 p.m. in the same place and location.  Not less than seven days before the conference, counsel shall file a joint case management statement.  All other provisions of the Court's Initial Case Management Conference Order remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  7/2/15                          _____
                                        SUSAN ILLSTON
                                        United States District Judge