| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Perry J. Viscounty (Bar No. 132143) |
| 2 | *perry.viscounty@lw.com* |
| | 140 Scott Drive |
| 3 | Menlo Park, California 94025 |
| | (650) 328-4600 / (650) 463-2600 Fax |
| 4 | |
| | LATHAM & WATKINS LLP |
| 5 | Jennifer L. Barry (Bar No. 228066) |
| | *jennifer.barry@*lw.*com* |
| 6 | Patrick C. Justman (Bar No. 281324) |
| | *patrick.justman@lw.com* |
| 7 | 12670 High Bluff Drive |
| | San Diego, California 92130 |
| 8 | (858) 523-5400 / (858) 523-5450 Fax |
| 9 | Attorneys for Plaintiff |
| | ENTREPRENEUR MEDIA, INC. |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
| Plaintiff, | **DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST KIRTON COMMUNICATIONS GROUP LIMITED AND MAS FINANCIAL & CORPORATE SERVICES LTD** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | Assigned to Hon. Susan Illston |
| Defendants. | Date: September 18, 2015<br>Time: 9:00 a.m.<br>Location: Courtroom 10, 19th Floor |

LATHAM&WATKINS\ LLP  OC\1986189
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415-SI
DECLARATION OF P. JUSTMAN
ISO APPLICATION FOR DEFAULT JUDGMENT

I, Patrick C. Justman, declare as follows:

1. I am an associate with the law firm of Latham & Watkins LLP, counsel for Plaintiff Entrepreneur Media Inc. ("EMI") in this action. I am licensed to practice law in the State of California and admitted before this Court.

2. I submit this Declaration in support of EMI's Application for Default Judgment Against Defendants Kirton Communications Group Limited and MAS Financial & Corporate Services LTD (collectively, "Defendants"). The facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. On November 3, 2013, counsel for EMI sent Defendants a cease and desist letter informing them about EMI's trademark rights and requesting they cease use of the infringing ENTREPRENEUR SPIRIT mark.

4. After exchanging several emails, EMI's counsel and Defendants telephonically discussed this matter on February 20, 2014. During this call, Defendants confirmed they were aware of EMI, the *ENTREPRENEUR*® magazine, and EMI's website, *entrepreneur.com*. Defendants, however, refused to cease their infringing activity. Defendants also refused to discuss this matter any further.

5. On April 14, 2015, EMI caused the Complaint and all other necessary pleadings, court orders, and scheduling materials to be personally served on Defendants in accordance with Fed. R. Civ. P. 4(h) and 4(f)(2)(A), and Trinidad and Tobago's laws for service (*See* Docket Nos. 10 and 11).

6. Defendants failed to file a responsive pleading by the May 5, 2015 response deadline. To date, Defendants have not answered or otherwise responded to the Complaint.

7. On June 18, 2015, the Clerk of Court entered default against Defendants (*See* Docket No. 19).

8. Defendants owned and operated an interactive website that allowed users to download the infringing ENTREPRENEUR SPIRIT magazine and subscribe to the ENTREPRENEUR SPIRIT newsletter, and it was used to solicit advertisers for the *entrepreneurspirit.org* website.

LATHAM&WATKINS LLP OC\1986189
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 3:15-cv-01415-SI
DECLARATION OF P. JUSTMAN
ISO APPLICATION FOR DEFAULT JUDGMENT

9. The following is a true and correct copy of the December 17, 2012 post that Defendants placed on Facebook, which I personally visited, viewed, and captured on August 12, 2015:



10. To my knowledge, Defendants are not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

This declaration was executed on the 14th day of August, 2015 in San Diego, California.

/s/ Patrick C. Justman
Patrick C. Justman

LATHAM&WATKINS\*LP  OC\1986189
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No. 3:15-cv-01415-SI
DECLARATION OF P. JUSTMAN
ISO APPLICATION FOR DEFAULT JUDGMENT

**CERTIFICATE OF SERVICE**

On August 14, 2015, I caused the attached **DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST KIRTON COMMUNICATIONS GROUP LIMITED AND MAS FINANCIAL & CORPORATE SERVICES LTD** to be emailed to the following:

Mr. Paul Pereira
Fitzwilliam, Stone, Furness-Smith & Morgan
48-50 Sackville Street
Port of Spain
Trinidad and Tobago
Email: ppereira@fitzwilliamstone.com

to arrange for personal service via messenger upon the following:

| Kirton Communications Group Limited<br>LP55 Moraldo Trace<br>Sam Boucaud Road<br>Santa Cruz<br>Trinidad and Tobago | MAS Financial & Corporate Services Ltd.<br>63 Aberdeen Park<br>Edinburgh Gardens<br>Chaguanas<br>Trinidad and Tobago |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2015, at San Diego, California.

/s/Patrick C. Justman
Patrick C. Justman

LATHAM&WATKINS LLP OC\1986189
ATTORNEYS AT LAW
SILICON VALLEY

3

Case No. 3:15-cv-01415-SI
DECLARATION OF P. JUSTMAN
ISO APPLICATION FOR DEFAULT JUDGMENT