1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2     *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
      *jennifer.barry@lw.com*
6  Patrick C. Justman (Bar No. 281324)
      *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14 
| ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF APPLICATION FOR DEFAULT JUDGMENT RE MAS FINANCIAL & CORPORATE SERVICES LTD.** |
| v. | |
| KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | Assigned to Hon. Susan Illston |
| | Date:     September 18, 2015 |
| | Time:     9:00 a.m. |
| Defendants. | Location: Courtroom 10, 19th Floor |

## CERTIFICATE OF SERVICE

I, Clifford Caesar, am over the age of 18 and not a party to this action.

On August 17, 2015, I served the following documents:

1. Application for Default Judgment Against Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd.;

2. Declaration of Patrick C. Justman in Support of Application for Default Judgment Against Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd.; and

3. [Proposed] Order Regarding Application for Default Judgment Against Kirton Communications Group Limited and MAS Financial & Corporate Services Ltd.

by hand-delivering true copies to:

Mr. Andy Salandy
MAS Financial & Corporate Services Ltd.
11 Hingoo Trace
San Juan
Trinidad and Tobago

I declare under penalty of perjury that this information is true and correct.

Dated: August 27, 2015

Clifford Caesar, Process Server
14 Riverside Road
Cascade
Trinidad and Tobago

OLIVE A. T. RAMCHAND, B.A., LLB
NOTARY PUBLIC
48-50 Sackville Street, Port of Spain,
Republic of Trinidad and Tobago

Case No. 3:15-cv-01415-SI
CERTIFICATE OF SERVICE

1