1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2     *perry.viscounty@lw.com*
   140 Scott Drive
3  Menlo Park, California 94025
   (650) 328-4600 / (650) 463-2600 Fax
4
   LATHAM & WATKINS LLP
5  Jennifer L. Barry (Bar No. 228066)
      *jennifer.barry@lw.com*
6  Patrick C. Justman (Bar No. 281324)
      *patrick.justman@lw.com*
7  12670 High Bluff Drive
   San Diego, California 92130
8  (858) 523-5400 / (858) 523-5450 Fax

9  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  ENTREPRENEUR MEDIA, INC. a California corporation, | CASE NO. 3:15-cv-01415-SI |
| 16            Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS 1-10** |
| 17       v. | |
| 18  KIRTON COMMUNICATIONS GROUP LIMITED, a Trinidad and Tobago corporation; MAS FINANCIAL & CORPORATE SERVICES LTD, a Trinidad and Tobago corporation; and DOES 1-10, | |
| 21            Defendants. | |

LATHAM&WATKINS<sup>LLP</sup>  OC\2012062.1
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:15-cv-01415-SI
NOTICE OF VOLUNTARY DISMISSAL OF DOE
DEFENDANTS 1-10

1  PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, Plaintiff Entrepreneur Media, Inc. hereby dismisses this action without
3  prejudice against Doe Defendants 1-10.

4  Dated:  August 28, 2015                    Respectfully submitted,

5                                             LATHAM & WATKINS LLP

7                                             By /s/ Patrick C. Justman
                                                 Perry J. Viscounty
                                                 Jennifer L. Barry
8                                                Patrick C. Justman

9                                             Attorneys for Plaintiff
                                               ENTREPRENEUR MEDIA, INC.

LATHAM & WATKINS LLP OC\2012062.1
ATTORNEYS AT LAW
SILICON VALLEY

1   Case No. 3:15-cv-01415-SI
NOTICE OF VOLUNTARY DISMISSAL OF DOE
DEFENDANTS 1-10